UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAMAR A. FORBES, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 21-2175 (DLF) |
| CARLOS DEL TORO, | ) |
| Secretary of the Navy, *et al.*, | ) |
| | ) |
| *Respondents*. | ) |
| | ) |

## NOTICE OF WITHDRAWAL

Respondents request that the Clerk of the Court please remove the appearance of Assistant United States Attorney Douglas C. Dreier as counsel for Respondents in the above-captioned case.

Assistant United States Attorney Brenda González Horowitz continues to serve as lead counsel for Respondents.

Dated: May 2, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Respondents*